IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

J.C. BUTLER,
    Plaintiff,

v.                                          Civil No. 3:20cv686 (DJN)

CITY OF HAMPTON, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 27, 2020, the Court conditionally docketed Plaintiff's action. (ECF No. 4.) On November 10, 2020, the United States Postal Service returned the October 27, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff had relocated. (ECF No. 6.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action, warranting dismissal under Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                     /s/
                                              David J. Novak
                                              United States District Judge

Richmond, Virginia
Dated: November 18, 2020